UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

Plaintiff,

v.

ERNIE BEAR DON'T WALK, JOHN DOE, JOE COSGROVE, DEBBIE NELSON, DAVID CORBO, and DAVID CRIST,

Defendants.

Civil No. 00-749 (PAM/JMM)

**ORDER**

Plaintiff, a prisoner at the Minnesota Correctional Facility, Stillwater, Minnesota, ("MCF-STW"), has filed a Complaint alleging, inter alia, that Defendants violated his rights under the Eighth and Fourteenth Amendments to the U.S. Constitution. The matter is now before the Court on Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), by which he seeks leave to proceed in this matter in forma pauperis, ("IFP").

Plaintiff paid the full $150 filing fee for this action when he filed his complaint. It therefore appears that the sole purpose of his IFP application is to obtain an order directing the U.S. Marshal to effect service of process on the named Defendants, pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2).

The Court finds that Plaintiff is eligible to proceed IFP in this matter, and his application for IFP status will therefore be GRANTED. Thus, the Clerk of Court will be directed to issue a summons, and the Marshal will be directed to serve the Defendants who are named in the caption of the Complaint.

FILED APR 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court will presently defer any ruling on the adequacy of Plaintiff's pleading. (See 28 U.S.C. § 1915A.) Those Defendants upon whom service of process is effected will be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this Order shall be served with the summons and Complaint, so that Defendants will be apprised of their obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. The Clerk of Court shall issue a summons, and the U.S. Marshal shall effect service of process on the named Defendants;

3. A copy of this Order shall be served with the summons and Complaint; and

4. Those Defendants on whom service of process is effected shall be required to file a response to the Complaint.

Dated: April 4, 2000

JOHN M. MASON
United States Magistrate Judge