UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

Plaintiff,

v.

ERNIE BEAR DON'T WALK,
JOHN DOE, JOE COSGROVE,
DEBBIE NELSON,
DAVID CORBO, and
DAVID CRIST,

Defendants.

CIVIL NO. 00-749 (PAM/JMM)

ORDER

This matter is before the Court on Plaintiff's Motion for Leave of Court for Jailhouse Lawyer to Provide Legal Services. [Docket No. 11].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave of Court for Jailhouse Lawyer to Provide Legal Services [Docket No. 11] is denied.

Dated: September 6, 2000

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Plaintiff states in his Motion that another inmate at MCF-Stillwater, Scott A. Heimermann, has been assisting him with his case. Inmate Heimermann is not a licensed attorney, but he aids Plaintiff in drafting pleadings. Plaintiff states that Inmate Heimermann has been placed in segregation as a "retaliatory measure" for his assistance of Plaintiff.

FILED SEP 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff asks the Court to order that Inmate Heimermann be given leave to "freely" provide legals services to Plaintiff.

"It is well established that inmates have a constitutional right of access to the court. . . . There is, however, no right to be or to receive legal assistance from a jailhouse lawyer independent of the right of access to the court." Gassler v. Rayl, 862 F.2d 706, 707-08 (8th Cir. 1988)(citing Bounds v. Smith, 430 U.S. 817 (1977)).

J.M.M.