UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

Plaintiff,

v.

ERNIE BEAR DON'T WALK,
JOHN DOE, JOE COSGROVE,
DEBBIE NELSON,
DAVID CORBO, and
DAVID CRIST,

Defendants.

CIVIL NO. 00-749 (PAM/JMM)

AMENDED SCHEDULING ORDER

On July 31, 2000, the Clerk of Court received a letter from Plaintiff, requesting that the Clerk file an Amended Complaint in the above matter. Defendants filed and served an Answer to the original Complaint on May 25, 2000 [Docket No. 9]. Once a responsive pleading has been served, a party may amend the original pleading "only by leave of court or by written consent of the adverse party . . ." Fed. R. Civ. P. 15(a). Neither of these conditions has been satisfied in this case.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. The document headed "Amended Complaint" submitted to the Clerk of Court by letter dated July 10, 2000 shall be returned to Plaintiff.

2. Plaintiff may file a Motion to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a) no later than September 22, 2000.

3. The deadline for serving and filing dispositive motions shall be extended to November 15, 2000.

FILED SEP 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. The case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than December 15, 2000.

5. Defendants' Motion for Extension of the Pretrial Scheduling Order [Docket No. 17] is denied as moot.

Dated: September 6, 2000

JOHN M. MASON
United States Magistrate Judge