UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

Plaintiff,

v.

ERNIE BEAR DON'T WALK,
JOHN DOE, JOE COSGROVE,
DEBBIE NELSON,
DAVID CORBO, and
DAVID CRIST,

Defendants.

CIVIL NO. 00-749 (PAM/JMM)

AMENDED SCHEDULING ORDER

Plaintiff submitted a document headed "Amended Complaint" to the Clerk of Court by letter dated July 10, 2000. On September 6, 2000, the Court issued an Order returning the "Amended Complaint" to Plaintiff and granting Plaintiff until September 22, 2000 to file an appropriate Motion to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a). On September 19, 2000, the Court received a letter from Plaintiff, requesting an extension of time to file his Amended Complaint. We have chosen to treat this letter as a Motion to Amend the Complaint.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Plaintiff shall file with the Clerk of Court and serve upon Defendants his Proposed Amended Complaint no later than October 3, 2000.

2. Defendants shall file and serve their responses to Plaintiff's Motion to Amend the Complaint no later than October 17, 2000.

FILED SEP 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. The deadline for serving and filing dispositive motions shall be extended to November 27, 2000.

4. The case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than December 31, 2000.

Dated: September 20, 2000

JOHN M. MASON
United States Magistrate Judge