UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

Plaintiff,

v.

ERNIE BEAR DON'T WALK, JOHN DOE, JOE COSGROVE, DEBBIE NELSON, DAVID CARBO, and DAVID CRIST,

Defendants.

CIVIL NO. 00-749 (PAM/JMM)

ORDER

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants' Motion for Protective Order Sealing the Court Record [Docket No. 24] is granted.

Dated: January 9, 2001

JOHN M. MASON
United States Magistrate Judge

JAN 0 9 2001
FILED ... CLERK
JUDGMENT ...