UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

CIVIL NO. 00-749 (PAM/JMM)

Plaintiff,

v.

ORDER

ERNIE BEAR DON'T WALK, JOHN DOE, JOE COSGROVE, DEBBIE NELSON, DAVID CARBO, and DAVID CRIST,

Defendants.

On February 8, 2001 the Court received a letter from Plaintiff requesting additional time to respond to Defendants' Motion for Summary Judgment. The letter represents that this extension of time "would allow Plaintiff the sufficient time needed to file his Response." The Court caused this letter to be filed, and has chosen to treat it as a Motion for Additional Time.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Additional Time is granted. Plaintiff shall serve and file a response in accordance with Rule 56 of the Federal Rules of Civil Procedure to Defendants' Motion for Summary Judgment no later than February 21, 2001.

Dated: February 9, 2001

JOHN M. MASON
United States Magistrate Judge

FILED FEB 9 2001
CLERK
JUDGMENT ENTD
DEPUTY CLERK