UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEITH GARY,

Plaintiff,

v.

ERNIE BEAR DON'T WALK, JOHN DOE,
JOE COSGROVE, DEBBIE NELSON,
DAVID CARBO, and DAVID CRIST,

Defendants.

CIVIL NO. 00-749 (PAM/JMM)

ORDER

The above matter is before the undersigned on Plaintiff's Motion to Join Additional Defendants [Docket No. 22]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Join Additional Defendants [Docket No. 22] is denied.

Dated: April 4, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

We are issuing, simultaneously with this Order, a Report and Recommendation to the District Court, recommending that Defendants' Motion for Summary Judgment [Docket No. 26] be granted as to all claims in the Complaint.

JMM

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______