UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Gary,

Plaintiff,

v.

Ernie Bear Don't Walk, John Doe, Joe Cosgrove, Debbie Nelson, David Carbo, and David Crist,

Defendants.

Civil File No. 00-749 (PAM/JMM)

**ORDER**

---

This matter is before the Court on Plaintiff's objections to United States Magistrate Judge John M. Mason's Report and Recommendation dated April 4, 2001, granting Defendants' Motion for Summary Judgment and imposing sanctions pursuant to Fed. R. Civ. P. 11. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1)(B); Local Rule 72.1(c)(2). Based on that review, the Court concurs with the rationale and conclusions of the Magistrate Judge with respect to the granting of summary judgment. However, the Court declines to impose Rule 11 sanctions given Plaintiff's pro se and in forma pauperis status. Although the Court will not impose sanctions in this case, the Court strongly cautions Plaintiff not to falsify documents submitted to this or any other court in the future.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge John M. Mason's Report and Recommendation (Clerk Doc. No. 46) is **ADOPTED IN PART AND DENIED IN PART**;

FILED MAY 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 11 2001
DEPUTY CLERK

2. Defendants' Motion for Summary Judgment (Clerk Doc. No. 26) is **GRANTED**; and

3. Defendants' Motion for Rule 11 Sanctions (Clerk Doc. No. 35) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 11, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: MAY 11 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995