# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Keith Gary

Plaintiff

v.

Ernie Bear Don't Walk, John Doe,
Joe Cosgrove, Debbie Nelson,
David Carbo and David Crist

Defendants

Case No. Civil 00-749 pam/jmm

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge John M. Mason's Report and Recommendation is adopted in part and denied in part. Defendants' motion for summary judgment is granted. Defendant's motion for Rule 11 sanctions is denied.

DATE: May 11, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk