UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Gary,

Civil File No. 00-749 (PAM/JMM)

Plaintiff,

v.

**ORDER**

Ernie Bear Don't Walk, John Doe,
Joe Cosgrove, Debbie Nelson,
David Carbo, and David Crist,

Defendants.

---

This matter is before the Court on Plaintiff Keith Gary's Application to Proceed In Forma Pauperis on Appeal. Pursuant to 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, upon the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record, the Petitioner's application and supporting affidavit, the Court concludes that Petitioner should be allowed to proceed with his appeal in forma pauperis ("IFP").

In the instant case, Plaintiff's IFP application includes information pertaining to his inmate trust account, (as required by § 1915(a)(2)), which shows that his average monthly deposit during the preceding one-month period was $45.00, and that his average monthly balance during the same period also was $45.00.[1] Applying the formula prescribed at

---

[1] Although the applicable statute requires prisoner IFP applicants to provide financial information for the six-month period preceding the filing of an action, it appears that Plaintiff in this

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

§ 1915(b)(1), the Court concludes that Plaintiff must pay an initial partial filing fee in this case in the amount of $9.00, ($45.00 x 20% = $9.00). This action will not go forward until Plaintiff's $9.00 initial partial filing fee has been paid. The remaining balance of the $150.00 filing fee will have to be paid in later installments. Prison officials will have to deduct funds from Plaintiff's trust account and submit such funds to the Court, as provided by § 1915(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed on Appeal Without Prepayment of Fees (Clerk Doc. No. 55) is **GRANTED**; and

2. Petitioner is required to pay an initial partial appellate filing fee of $9.00.

Dated: June 29, 2001

Paul A. Magnuson
United States District Court Judge

---

case made a good faith effort to comply with the IFP rules. Furthermore, it appears that Plaintiff may have had little control over the financial information provided with his IFP application. Such information presumably was supplied by prison officials at the institution where Plaintiff is confined, (as is required by § 1915(a)(2)), rather than by Plaintiff himself. Plaintiff's initial partial filing fee will therefore be determined on the basis of the limited financial information provided with his IFP application.